```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**ELOI KOUEKASSAZO,**

      **Plaintiff,**

   **vs.**                                    **Civil Action 2:15-cv-2427**
                                                     **Judge Marbley**
                                                     **Magistrate Judge King**

**INTELLISOURCE,** *et al.***,**

      **Defendants.**

## REPORT AND RECOMMENDATION

Plaintiff, who is proceeding without the assistance of counsel, has moved for the entry of defendants' default. *Plaintiff's Motion for Leave of Court*, ECF No. 39.

Defendants were granted until January 13, 2016 to respond to the *Second Amended Complaint*, ECF No. 37. *Order*, ECF No. 36. Defendants' answer was in fact filed on January 13, 2016. *Defendants Intellisource and Zulily, Inc. n/k/a Zulily, LLC's Answer to Plaintiff's Second Amended Complaint,* ECF No. 38. Accordingly, defendants are not in default for response to the *Second Amended Complaint*.

It is therefore **RECOMMENDED** that *Plaintiff's Motion for Leave of Court*, ECF No. 39, be denied.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto.  28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. *See*, *e.g.*, *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) (holding that "failure to object to the magistrate judge's recommendations constituted a waiver of [the defendant's] ability to appeal the district court's ruling"); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005) (holding that defendant waived appeal of district court's denial of pretrial motion by failing to timely object to magistrate judge's report and recommendation). Even when timely objections are filed, appellate review of issues not raised in those objections is waived. *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objection to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . .") (citation omitted)).

                                              *s/ Norah McCann King*
                                                Norah M$^c$Cann King
                                      United States Magistrate Judge

January 14, 2016