IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELOI KOUEKASSAZO,

        Plaintiff,

vs.

                                              Civil Action 2:15-cv-2427
                                              Judge Marbley
                                              Magistrate Judge King

INTELLISOURCE, *et al.*,

        Defendants.

### ORDER

On January 14, 2016, the United States Magistrate Judge recommended that *Plaintiff's Motion for Leave of Court*, ECF No. 39, which sought the entry of defendants' default, be denied. *Report and Recommendation*, ECF No. 40. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation*, ECF No. 40, is hereby **ADOPTED** and **AFFIRMED**. *Plaintiff's Motion for Leave of Court*, ECF No. 39, is **DENIED**.

                                                                     Algenon L. Marbley
                                                            United States District Judge

Date: February 3, 2016